[No. 8530–1–I.  Division One.  January 4, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN WRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–1–00985–3, Jack P. Scholfield, J., entered February 8, 1980. *Affirmed* by unpublished opinion per

Ringold, J., concurred in by Callow and Corbett, JJ.